# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA and
THE STATE OF MICHIGAN *ex rel.*
GEORGE KARADSHEH, and GEORGE
KARADSHEH, individually,

    Plaintiffs,

v.

FARID FATA, M.D.; MICHIGAN
HEMATOLOGY-ONCOLOGY, P.C., *et al.*,

    Defendants,

and

GEORGE KARADSHEH,

    Cross-Plaintiff,

v.

UNITED STATES OF AMERICA,

    Cross-Defendant.
_____/

Case No. 2:13-cv-13333
Honorable Denise Page Hood

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on December 9, 2019, this cause of action is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan this 9th day of December, 2019.

DAVID J. WEAVER
CLERK OF THE COURT

BY: s/K. MacKay
    Deputy Clerk

APPROVED:

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE